IN THE UNITED STATES DISTRICT COURT
FOR THE _____ DISTRICT OF TEXAS
_____ DIVISION

Form To Be Used By A Prisoner in Filing a Complaint
Under the Civil Rights Act, 42 U.S.C. § 1983

Edward James Morgan, TDCJ-ID# 01349512
Plaintiff's name and ID Number

MARK W. MICHAEL Unit
Place of Confinement

CASE NO: 6:17CV449 RWS/JDL
(Clerk will assign the number)

v.
LORIE DAVIS, TDCJ-ID Director

P.O. Box 99 Huntsville, Texas
Defendant's name and address

_____
Defendant's name and address

_____
Defendant's name and address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be <u>legibly</u> handwritten in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE**. ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the Clerk of the United States Court for the appropriate District of Texas in the Division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. The list labeled as "VENUE LIST" is posted in your unit law library. It is a list of Texas prison units indicating the appropriate District Court, the Division and an address of the Divisional Clerks.

## FILING FEE AND IN FORMA PAUPERIS

1. In order for your complaint to be filed, it must be accompanied by the filing fee of **$350.00**.

2. If you do not have the necessary funds to pay the filing fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis* (IFP), setting forth the information to establish your inability to prepay the fees and costs or give security therefore. You must also include a six (6) month history of your Inmate Trust Account. You can acquire the application to proceed IFP and appropriate Inmate Account Certificate from the law library at your prison unit.

3. 28 U.S.C. 1915, as amended by the Prison Litigation Reform Act of 1995 (PLRA), provides, "…if a prisoner brings a civil action or files and appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." Thus, the Court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the Court will apply 28 U.S.C. 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your Inmate Account, until the entire **$350** filing fee has been paid.

4. If you intend to seek *in forma pauperis* status, then do not send your complaint without an Application to Proceed IFP, and the Certificate of Inmate Trust Account. Complete all the essential paperwork before submitting it to the Court.

## CHANGE OF ADDRESS

It is your responsibility to inform the Court of any change of address and its effective date. Such notice should be marked **"NOTICE TO THE COURT OF CHANGE OF ADDRESS"** and shall not include any motions(s) for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedures.

I. **PREVIOUS LAWSUITS:**

   A. Have you filed any other lawsuits in the state or federal court relating to imprisonment?      XXX   YES   _____ NO

   B. If your answer to "A" is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: June 19, 2014

   2. Parties to previous lawsuit:
      Plaintiff(s): Edward James Morgan

      Defendant(s): Brad Livingston, Joel Barbosa and Larry Berger

   3. Court (If federal, name the district; if state, name the county) U.S. DISTRICT COURT EASTERN DISTRICT OF TEXAS

   4. Docket Number: Case 6:14-cv-00567

   5. Name of judge to whom case was assigned: Love

   6. Disposition: (Was the case dismissed, appealed, still pending?)
      pending

   7. Approximate date of disposition: unknown

II. PLACE OF PRESENT CONFINEMENT: MARK W. MICHAEL Unit

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted both steps of the grievance procedure in this institution? XXX YES ___ NO

Attach a copy of the Step 2 grievance with the response supplied by the prison system.

IV. PARTIES TO THE SUIT:

A. Name of address of plaintiff: Edward James Morgan TDCJ-ID, MARK W. MICHAEL unit 2664 FM 2054 Tennessee Colony, Texas 75886

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: LORIE DAVIS, in her official capacity as the director of the TEXAS DEPARTMENT OF CRIMINAL JUSTICE INSTITUTIONAL DIVISION

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.
Defendant violated plaintiffs First Amendment Right, Fourteenth Amendment Right and the RLUIPA Act by forcing plaintiff to shave annually and prohibit plaintiff from pratcing his Religion as prescribed.

Defendant #2: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #3: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant, which you claimed harmed you.

## V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal argument or cite any cases of statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember that the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

defendent violates/violated plaintiffs right to freely practice his sincerly held religious beliefs by enacting a "policy" that requires plaintiff to be clean shaven annually which is against plaintiffs sincerly held religious beliefs as well as against the RLUIPA Act. Plaintiff is forced to submit to an annually "clean shave" policy that violates plaintiffs religious beliefs. Plaintiffs religious beliefs prohibit him from shaving his beard to anything less than an adult fist length (4") at "any" time and plaintiffs religious beliefs also require him to trim/shave his moustache and allow the beard to grow, but defendents policy prohibits plaintiff from "altering his beard from its natural growth patteren, i.e. prohibition to trimming/shaving plaintiffs moustache as prescribed by plaintiffs religious beliefs. see plaintiffs memorandum, pg 2, #4 (a) & pg 3, (c), ect.

## VI. RELIEF:
State briefly exactly what you want the court to do for you. Make no legal arguments. Cite not cases or statutes.

to enjoin upon defendent a permenant injunction prohiniting defendent from enforcing her annually clean shave policy and allow plaintiff to freely practice his religious beliefs as prescribed.

## VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases:

Edward James Morgan

B. List all TDCJ-ID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you, if know to you.

TDCJ-ID #00673690/present TDCJ-ID # 01349512

## VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ____ YES _XXX_ NO

B. If your answer is "yes", give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (If federal, give district and division): ___n/a___
2. Case Number: ___n/a___
3. Approximate date sanctions were imposed: ___n/a___
4. Have the sanctions been lifted or otherwise satisfied? _n/a_ YES _n/a_ NO

C.  Has any court ever warned or notified you that sanctions could be imposed? ____ YES  xx  NO

D.  If your answer is "yes", give the following information for every lawsuit in which warning was imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed warning (if federal, give the district and division): __n/a__
2.  Case number: __n/a__
3.  Approximate date warning were imposed: __n/a__

Executed on: _____          __Edward James Morgan__
              (Date)                         (Printed Name)

                                        _____
                                          (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachment thereto are true and correct.

2. I understand if I am released or transferred, it is my responsibility to keep the Court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand that I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions in a Court of the United States while incarcerated or detained in any facility, which lawsuits are dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger or serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire **$350** filing fee and costs assessed by the Court, which shall be deducted in accordance with the law from the inmate account by my custodian until the filing fee is paid.

Signed this _____ day of _____, 20 _____.
              (Day)              (Month)                  (Year)

                                        _____
                                            (Printed Name)

                                        _____
                                          (Signature of Plaintiff)

**WARNING:** The Plaintiff is hereby advised any false or deliberately misleading information provided in response to the following questions will result in the imposition of sanctions. The sanctions the Court may impose include, but are not limbed to monetary sanctions and/or the dismissal of this action with prejudice.

IN THE UNITED STATES DISTRICT COURT

EASTEREN DISTRICT OF TEXAS

Edward James Morgan, TDCJ-ID # 01349512                COMPLAINT
plaintiff,                                              CIVIL ACTION No._____

v.

LORIE DAVIS, in her Official Capacity as the
Director of the TEAXS DEPARTMENT of CRIMINAL
JUSTICE CORRECTIONAL-INSTITUTIONAL DIVISION
Defendent,

### I. Jurisdiction & Venue

1. This is a Civil action authorized by 42 U.S.C. Sectipon 1983 to redress the deprivation, under color of State Law of rights secured by the constitution of the United States. The court has jurisdiction under 28 U.S.C. SectiOon 1331 and 1334 (a) (3).

   Plaintiff seeks declaratory relief pursuant to 28 U.S.C. Section 2201 and 2202. Plaintiff's claims for injunctive relief are authorized by U.S.C. Section 2283 & 2284 and Rule 65 of the Federal Rules of Civil Procedure.

2. The Easteren District of Texas is an appropriate venue under 28 U.S.C. Section 1391 (b)(2), because it is where the events giving rise to this claim occured.

### II. Plaintiff

3. Plaintiff Morgan, is and was at all times herein mentioned, a prisoner of the State of Texas in the custody of the TEXAS DEPARTMENT of CRIMINAL JUSTICE-INSTITUTIONALL DIVISION. He is presently confined at the MARK W. MICHAEL Unit located in Tennessee Colony, Texas.

### III. Defendent

4. Defendent LORIE DAVIS is the Executive Director of the TEXAS DEPARTMENT of CRIMINAL JUSTICE INSTITUTIONAL DIVISION. She is legally responsible for the overall operation of the department

( 1 of 4 )

and each institution under it's jurisdiction, including the MARK W. MICHAEL Unit.

5. The defendent is sued individually and in her "official capacity". At all times mentioned in this complaint sais defendent acted under the color of State Law.

## IV. Facts

6. At all times relevent to this case plaintiff Morgan was confined at/on the MARK W. MICHAEL Unit.

7. Plaintiff Morgan has been forced to adhere to a policy that requires him to shave his beard anually by orders of the Executive Director of TDCJ-ID as well as the head warden of the MARK W, MICHAEL Unit.

8. The order to shave "anually" is in direct violation of plaintiff Morgan's sincerly held religious beliefs as well as in direct violation of the RLUIPA Act.

9. Plaintiff Morgan has been instructed/ordered by way of TDCJ-ID policy/Security Memorandum Number:SM-06.16 (rev.1) Date: February 1,2017, to submit to a "clean shave" policy anually which is in direct violation of plaintiffs sincerly held religious beliefs and the RLUIPA Act.

10. Plaintiff Morgan is being instructed to submit/adhere to said policy of being "clean shaven" annually or be subject to disciplinary action/measures.

11. Plaintiff Morgan contacted the senior warden on the MARK W. MICHAEL Unit via I-60 in regards to being allowed to wear/maintain his beard without submitting to the annually "clean shave" policy in honor of plaintiffs sincerly held religious beliefs as well as the RLUIPA Act and his First Amendment rights as well as the Free Exercise clause without restraint and or sub-stantial burden being placed upon said plaintiff all to no avail.

## V. Exaustion of Legal Remedies

12. Plaintiff Morgan has utilized the offender grievance procedure available at the MARK W. MICHAEL Unit in an attempt to solve the issue and extend an alternative of a least restrictive means. On 3/08/2017 plaintiff Morgan presented the facts relating to this complaint via a Step

1 grievance. And on Apr,19,2017 plaintiff received a response from Warden Meador stating,"TDCJ records reflect that you were approved to grow a 4 inch religious beard on 8/3/16. No action is warranted." On 4/22/2017 plaintiff Morgan filed a Step 2 grievance and received the response from C McKeller ARD CMcKeller on May 11,2017 stating," A review of your Step 1 was conducted and no errors or policy violations have been noted regarding the policy requirements for Religious beards. No further action is warranted.Note: A copy of plaintiffs Step 2 grievance is attached as exhibit A.

## VI. Legal Claims

13. Plaintiff realleges and incorporates by reference paragraph(s) 1-12.

14. Defendent LORIE DAVIS violated plaintiffs Morgan's RLUIPA Act right by enforcing the annually"clean shave" policy.

15. The defendent violated plaintiffs right to freely practice his sincerly held religious beliefs without restraint and undue substantial burden being placed upon plaintiff.

16. The policy enforced by defendent of forcing plaintiff to be "clean shaven" annually,clearly violates the RLUIPA Act.

17. Plaintiff has no adequate and or complete remedy to redress the wrongs described herein. Plaintiff has been and will continue to be irreparably injured by the unlawful conduct of said defendent,unless this Honorable Court grants the declaratory and injunctive relief saught of which plaintiff herein humbly seeks.

## VII. Prayer for Relief

Wherefore,plaintiff respectfully prays that this Honorable Court enter judgement granting plaintiff:

20. A declaration that the act(s) and omission(s) described herein violated/violates plaintiffs rights under the Constitution and Laws of the United States.

21. A preliminary and permanant injunction ordering defendent LORIE DAVIS to allow plaintiff

to freely practice his sincerly held religious beliefs without restraint and or undue substantial burden being placed upon him and allow plaintiff to **maintain**, at all times and in all places his 4" beard without ever being clean shaven at "any" time and or place.

22. A trial by jury on all the issues herein presented.

23. Plaintiffs cost and filing fees for this suit.

24. Any and all other additional relief that this honorable court deems just, proper, adequate and equitable.

Respectfully Submitted,

_____.

Date, _____.

## Verification

I have read the foregoing complaint and hereby verify that the matters alleged therein are true except, as to "any" matters alleged on information and belief, and as to those, I believe them to be true and correct. I certify under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Excuted at_____, Texas on_____.

Signature, _____.

UNITED STATES DISTRICT COURT FOR
THE EASTEREN DISTRICT OF TEXAS

Edward James Morgan, TDCJ – ID 01349512
Plaintiff,

v.

LORIE DAVIS, Director of the TEXAS DEPARTMENT
of CRIMINAL JUSTICE INSTITUTIONAL DIVISION,
Defendent,

Memorandum

1,(a) The beard is a distinct part of the natural constitutions of human beings by which Allah (God) allows males to be distinguished from females. According to Islam it is not permissiable to alter, change or disfigure the charater of these distinct natural constitutions, except when the Shari'a (Islamic Law) permits. Allah (God) says in the Holy Qu'ran that satan says;"I will command them and they will alter the creation of Allah (God),"(Surah An-Nisa;119). The muslim is obligated by the very definition of being muslim not to obey satan when he commands them to alter any characteristic of the natural constitution of man/woman.

(b) Further, in Islam men are prohibited from resembling woman ands vise versa. Shaykh Uthman Dan Fodio said in his Kitabb Tahdheer Ahli'l Imaan,"The resemblance of men to women and vise versa is forbidden,"Rather it is among the **"major sins"**. Shihabudeen Ahmad ibn Hajr' Haytami said,"It is forbidden for men to resemble women in the exorable traits which distinguish them from men neither in movement, speech, or clothing," It has been related by Iman Al Bukhari on theauthority of Ibn'Abass (RA) said,"The messenger of Allah (God) (saws) cursed the men who resemble women and the women who resemble men." Again in the Saheeh of Al Bukhari;"The messenger of Allah (God) (saws) cursed effeminate men and masculine women."**(note 01)**. The proceeding prophetic traditions are clear warnings to Muslims against resembling the opposite sex in "any" of the natural and or cosmetic traits which distinguish one gender from the other.

2,(a) The existence of facial hair is a part of the clear distinctions in Islam for determining the maturity of a young man. It is at the point of maturity that human beings are made responsible for their actions. According to Abd'I Wahab ibn Ashir in his Murshid'I mu'eer "every responsibility is conditioned by reason." Along with maturity indicated by (menstrual) blood or

(1 of 7)

pregancy,or by sperm or the **growing of (facial or pubic) hair**,or by reaching eighteen years of age. **(note 02)**.

(b) The existance of the blood is the clearest and most apparent sign of physical maturity in the male. <u>The intentionnal removal of the beard is considered in Islam a sign of infantile, vanity and religious immaturity.</u> <u>**The shaving of the beard is a sign of humilation and degradation in Islam.**</u>

3,(a) Human outward appearance is divided into two divisions; (1) the natural physiognomy,and (2) artifically produced appearance. The beard is included among the first type,the natural physiognomy oa man. The devine law was established to preserve every aspect of the natural or physiognomy and it is opposed to anything that would lead to it's removal. This includes shaving or mutilation. Except in a case which is justified by the Shari'a (Islamic Law). This principle lies at the very foundation of the devine lwa. The majority of laws in Islam were implemented by Allah (God) in order to protect the natural human constitution from futility and in order to preserve that which is fundamental nature of humanity,whether spiritual or physical.

(b) Thus the messenger of Allah (God) (saws) established what is lawfully removed from the physical body and he included this removal as being a part of the natural human constitution. It has been related by Imam Muslim,in his Saheeh on the authority of A'isha; The messenger of Allah (God) (saws) said,"Ten things are the acts according to fitra (the natural state):**clipping the mustache,letting the beard grow**<using the toothbrush,cutting the nails,washing the finger joints,plucking the hair under the arm pits,shaving the pubic hair,and clensing ones private parts (after defecation and urination) with water. **(note 03)**.

(c) From the above prophetic tradition,it is known that the Shari'a begins by preserving the natural human constitution. This is because the completion or perfection of the human physisiognomy as Allah (God) has ordained. Within these two acts there are well known hygienci,medical as well as religious benifits. Thus the issue of the beard comprises the essence of the human formation and physical constitution in Islam and it should be preserved in the fashion that the prophet (saws) ordered.

4,(a) The muslim is obligated to follow the commands of the messenger of Allah (God)(saws) and to avoid disobeying him at all circumstances. Allah (God) says,"whatever the messenger gives you than take and whatever he forbids you than you avoid it." (Surah Al Hashri;07).

(b) It has been narrated in the al muwatta of Imam Malik ibn Anas,in the section called,"The Sunna Concerning Hair";Yahya related to me from Malik from Abu Bakribn Naf,from Abdullah ibn

Umar that the <u>messenger of Allah (God)(saws) ordered the mustache to be trimmed and the beard to be left.</u> (note 04).

(c) Shaykh Muhammad ibn Abd'l Baaqi ibn Yusef'z zurgaani;"The messenger of Allah (God)(saws) ordered, "here ordered means as an endorsement and it is said it means as an obligation,"<u>for the mustache to be trimmed, that is what extends over the lips, until the lip becomes clear and apparent, as the Imam explained it.</u> This is the opinion of those who prohibit the shaving of the moustache. Those scholors who say that it is recommended to shave, say it means complete elimination, this is because this is more fitting linguistically due to the fact that the fundmental meaning of trim is close and thorough. However this opinion is challenged by the prophetic tradition;"<u>whoever does not take something from his moustache, then he is not from us.</u>" The expression "from" here gives evidence of the meaning of a portion and that the moustache is not to be completely eliminated... It has been narrated by al Baraaz on the authority of A'isha,"The prophet (saws) once saw a man whos mustache was very long, He (prophet Muhammad) said,"bring me scissors and a toothbrush, he took the toothbrush and placed it on the edge of his lips and cut the hair that extended beyond that." It has been related by at-Tabraani and al-Bayhaq on the authority of Abdullah, Ibn Abi Raafi, who said "I saw Abu sa'id'l-Ansaari, Salama ibn al-Akwa' and Abu Raafi, all of them used to remove their moustache in the same was of shaving. <u>For this reason Ibn Jarir followed the opinion that one had/has a choice in "trimming" and or shaving the moustache. For clipping is evidence that a portion of the moustache should be removed, while cut is evidence that the entire mustache should be removed.</u> Therefore each opinion is established, so appeal to which ever opinion you desire.(note 05). In the above prophetic tradition, the messenger of Allah (God)(saws) continued,,, and the beard to be left, this refers to the hair which grows on the two cheeks and the chin. It means here that you should allow the beard to increase until it becomes abundant. This is what Abu Ubayda said. However, al-Baaji said,"I consider that what is intended here is that the beard should be exempt from being cut because not cutting the beard does not necessarily mean it should be abundant. It has been narrated that Ibn Umar and Abu Hurayra used to grasp their beard in their hands and then cut what extended beyond their grasp. Imam Malik was asked about the beard which is very long and he said,"my opinion is that he should grasp hold of it and cut (that which extended beyond their hand). Imam at-Taybi said,"It's prohibited to cut the beard like the non Arabs or to extend the beard like the tail of a Donkey." Imam al-Haafida said,"The prohibition for the beard is complete elimination or cutting it very close, contrary to what grows beyond the hand grasp mentioned in the above traditions."(note 06).

(5) (a) The muslim is prohibited from repudiating known Islamic customs and resembling cust-

ons and resembling customs of non muslims. Allah (God) says;"whoever repudiates the messenger after guidence had been clear to him and follows other then the way of the believers,Allah (God) will attach to him what he has become attached and lead him to hwell,an evil destiny. "(Surah An Nisa;115). Thus if the muslim denies the obligation of maintaining the beard and follows in the ways of the disbelievers by shaving their beards after the messenger has given the comm- and to let the beard grow then he will no doubt be conncted to those whom he resembles. This is because sameness in outward appearence is proof of sameness in rthe hearts.

(b) The messenger of Allah (God) (saws) said,"There is no resemblence of outer appearence until there is first resemblence in the hearts,"again the messenger of Allah (God)(saws) said,"who- ever resembles a people,then he is from them." Lastly,the messenger of Allah (God)(saws) said ,"he is not from among us who resembles other than us." Shehu Uthman Dan Fodio said in his Tahdheer,"this means,he is not among the rightous from among us,nor among those who are fearful of Allah (God),who resemble the people of corruption and sinful deviation. For by resembling them in their ways it is feared that he will be included among them on the day of judgement." (note 07).

(c) Shaykh Uthman ibn Abd 'l Qaadir narrated in his excellent works called,Hukmu's Shar'i Lahya wa'l-Azyaa,(The legal judgement concerning beards and attire),"one day messengers from the courts of the King of Persia,Kasra came to the prophet of Allah (God)(saws) and their beards were shaved off,he (saws) then asked,"who has ordered you to do that?, they said,"or master, meaning by that,Kasra, he (saws) then turned his eyes from them and said," <u>as for me my Lord ordered me to clip the mustache and let the beard grow,!!</u>(note 08).

(5) (a) In addition to the above,there are many prophetic traditions which speak to the necess- ity of growing the beard and taking care of it. Among them is what was related in the al-muwa- tta,"yahya related to me from Zaydi ibn Aslam Ata ibn Yasar told him that the messenger of Allah (God)(saws) was in the mosque when a man came in with dissheveled hasir and beard. The messenger of Allah (God)(saws) motioned with his hand that he should be sent out to groom his hair and beard.. The man did so and then returned. The messenger of Allah (God)(saws) said,"Isn't this better than that one of you should come with his head dissheveled,as if he were shaytan,? "(note 09).

(b) Shaykh Muhammad ibn'Abd'l Baaqi ibn Yusef'z Zurqaani said in his commentary upon the al- muwuwatta called,sharhu'z - zurqaani; "the meaning of dissheveled hair and beard is that the hair and beard were matted by neglecting to maintain them with what would normally take care of the hair and beard." (note 10).

(c) It has been narrated by Imam al-Bukhari in his Saheeh on the authority of Ibn Umar who said<"The prophet (saws) said,"<u>do the opposite of what the disbelievers do,keep the beard and cut the mustache short. (note 11)</u>.

(d) It has been related by Abu Dawud,al-Bayhaqi and al-Hakim on the authority of nas,who said "when the messenger of Allah (God)(saws) performed ablution,he would take a hand full of water and put it under his jaw and pass it through his beard. He said, "This is what mt Lord Allah (God) ordered me to do.(note 12).

(e) It has been related by Ibn Maja and al-Tirmidhi,on the authority of A'isha who said,"The messenger of Allah (God)(saws) would run his fingers through his beard.(note 13).

(f) It has been related by Muslim,on the authority of Anas ibn Malik,"Anas did not like that a person should pick out his white hair from his head or beard,and Allahs (Gods) messenger (saws) did not dye (his hair),and there was whiteness in his hair at his chin,on his temples and very little on his head." (note 14).

(g) Also by Imam Muslim on the authority of Jahar ibn Abdulla;"when Abu Quhafah (father of Bakr) came in the year of victory or the day of victory (to the prophet to pledge his allegiance to him) his head and his beard were white like hyssop. He (the prophet) commanded,or the woman commanded by him that they should change this with something(that the color of his hair should be changed)" (note 15).

(h) It is related by Abu Dawud in his Sunan on the authority of Lagit ibn Sabira who said,"Oh messenger of Allah (God) (saws) tell me about ablution,"he said,"perform the ablution in full and make the fingers go through the beard and snuff with water well,except when you are fasting." (note 16).

(i) In the same collectionon the authority of Anas ibn Malik,"whenever the messenger of Allah (God) (saws)performed ablution he took a handfull of water and putting it under his chin,made it go through his beard,saying,"thus did my Lord command me." (note 17).

(j) <u>Finally,it says in the al-Ibdaa'Fi Mudeer'l-Ibtidaathe four sunni schools of thought are unanimouly agreed upon the obligation of growing the beard and upon the prohibition of shaving it and trimming it to where it is nearly shaved."(note 18)</u>.

7 (a) Pursuant to the above legal rulings as established within the Qur'anic verses, prophetic traditions and independent judgement of the Sunni scholars, I now probe thwe actual text of TDCJ-IDs policy(s) to demonstrate that the Muslim offender(s) can wear and maintain the beard as been religiously ordained while at the same time complying with TDCJ-IDs mission statement. (note 19).

(b) The determination of the TDCJ-ID policy concerning offender grooming standards is: SECURITY MEMORANDUM, Number SM-06.16 (rev.1) dated February 1, 2017 and it supersedes August 1, 2015.

I Edward James Morgan, sincerly believe that regarding TDCJOID policy SM-06.16 (rev.1) section D.pg 3 of 5 at ,Required Photos, number 3 states,"Offenders with religious beards are required to take a clean shaven photo each year,during the month of the offenders birthday. The photo will be captured and stored for current identification purposes only. The offender is required to shave prior to the scheduleed lay-in. This photo shall be uploaded from the digital camera to the offenders electronic file,however,a new ID card will not be issued. The unit may print a copy of the offenders clean shaven photo for temporary,if needed."
As a practical matter,Defendant requires plaintiff to shave by virtue of an annual shave requirement,so plaintiffs complaint is valid regarding the violation of his constitutional right(s).
Issue preclusion bars defendant from re-litigating the arguments here that were already lost in Ali v. Stephens. Issue preclusion applies if (1) the issue under consideration in a subsequent action is identical to the issue litigated in a prior action; (2) the issue has been fully and vigorously litigated in the prior action; (3) the issue was necessary to support the judgement in the prior case;and (4) there are no special circumstances that would render preclusion inappropriate or unfair. Jabary v. City of Allen,No 4:10-CV-711,2015 WL 2379181,at *7 (E.D. Tex. May 18,2015) (finding issue preclusion barred claim). The Court and the United States of Appeals for the Fifth Circuit have expressely rejected defendents argument that shaving an inmate for photo identification furthers a compelling governmenttal interest in security in other RLUIPA cases. Ali v. Stephens,69 F. Supp. 3d 633,650 (E.D. Tex.2014)(hereafter,"Ali I") (Escapes from TDCJ are rare only 4 inmates have escaped from TDCJ since 2011..."..banning beards does not further a compelling interest in identification of escaped inmates.")("as in Garner we are unpersuaded by TDCJ's argument regarding identifing escaped inmates where evidence established an inmate could chang[e] his appearance outside of the prison in many ways,"). Ali v. Stephens involved the same defendent,actually litigating the same issues,which were critical and necessary parts of the judgement. No special circumstances justify a different result here. Thus,defendent is /should be barred from arguing security concerns are furthered by requiring plaintiff to shave anually.

Contrary to defendents assertion, Holt v. Hobbs and Ali v. Stephens do not support an anuall shave requirement. Instead, Holt v. Hobbs suggest that an intake photo without a beard and a photo of the inmate wearing a beard would normally be sufficient, and that there may be some circumstances where periodic photos "may" be required. Holt v. Hobbs, 135 S. Ct. 853, 865 (2015) ("the Department could largely solve this problem by requiring that all inmates be photographed without beards when first admitted to the facility and, if necessary, perodically thereafter.") (emphasis added). The Fifth Circuit also suggested two photos, rather than requiring shaving every year, Ali II, at 790 ("less restrictive alternative would be to maintain two photos of the inmate")(emphsis added). Holt and Ali do not stand for the proposition the defendent should require inmates to shave every year for identification purposes.

Even if defendents arguments were not barred as a matter of law, defendent cannot carry the burden of showing that shaving every year is the least restrictive means of furthering a compelling government interest. There are numerous other ways for offenders/inmates to change their appearance besides shaving a beard, including; changing hair styles, changing hair color, wearing a cap or taking one off, or wearing glasses. Ali, at 641, and 650. Defendent's other policies which require inmates who do not grow a religious beard to take new photographs every five years. Ali II, at 639 ("Identification photographs are taken when an inmate is processed into TDCJ, and thenat 5 year intervals.") Defendent presents no evidence that inmate with medical shave passes have "ever" been required to shave anually or otherwise, for photo identification. See Ali II, at 790 (same analysis). Finally, changes in a persons appearance over time are an ordinary and surmountable problem for all law enforcement officers, which routinely address those problems using free and commercial age progression software to age a persons appearance.

## Conclusion

Plaintiff has attempted to show that TDCJ has violated his religious rights per the RLUIPA Act and has shown that defendent is in violation thereof and humbly prays that this honorable Court order and rule in plaintiffs favor.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTEREN DISTRICT OF TEXAS

Edward James Morgan,
Plaintiff

v.

TEXAS DEPARTMENT OF CRIMINAL JUSTICE

INSTITUTIONAL DIVISION,

LORIE DAVIS, TDCJ-ID Director
Defendent,

SUMMONS

TO the above named defendent:

You are hereby summoned and required to serve upon plaintiff, whose name and address is 2664 FM 2054 Tennessee Colony, Texas 75886, name Edward James Morgan, TDCJ-ID # 01349512, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service, or sixty (60) days if the U.S. Government or office/agent thereof is a defendent. If you fail to do so, judgement by default will be taken against you for the relief sought and demanded in the complaint.

MAY 23 2017



## Texas Department of Criminal Justice
## STEP 2      OFFENDER GRIEVANCE FORM

**OFFICE USE ONLY**
Grievance #: 2017101418
UGI Recd Date: APR 24 2017
HQ Recd Date: APR 26 2017
Date Due: 6-3-17
Grievance Code: 508
Investigator ID#: T2044
Extension Date: _____

**Offender Name:** Morgan, Edward James     **TDCJ #** 1349512
**Unit:** MICHAEL (MI) unit     **Housing Assignment:** 18/S/63 cubicle ✓
**Unit where incident occurred:** MICHAEL (MI) unit

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).** *I am dissatisfied with the response at Step 1 because...*

First off the "Date Due" on the Step 1 grievance is 4/18/17 and the date returned to offender is APR 19 2017 so not only is the time allowed/permitted for a "proper" response lapsed it is clear evidence that the Step 1 grievance was not adequately/properly investigated and or responded to, it exhibits that warden Meador hastly responded without "properly" investigating the the issue(s) alleged in the Step 1. The response to the Step 1 is inadequate nor does it address the issue(s) alleged in the previous grievance, and also it's stated that TDCJ records reflect that I was approved to grow a 4" beard on 8/3/16 is incorrect, I was issued a "pass" authorized by Warden E.Baker effective 7/25/16 and that further exhibits that little to no proper investigation was conducted in order to adequately and properly address the Step 1 grievance. As shown in the previous Step 1 the issue stated is not permission to "grow" a 4 inch beard the issue stated is not being allowed to "maintain" a /my 4" beard at all times as my tenets/religious beliefs require and as is stated in the Step 1. There for further "action" is warrented and deemed necessary to address said issue. As mentioned by MICHAEL unit /TDCJ-ID has authority to "allow"/permit me to grow a 4" beard, then MICHAEL unit/TDCJ-ID has the authority/ability to not enforce it's "policy" of being clean shaven once a year as opposed to my religious tenets/Islam. TDCJ-ID's "policy" imposed a sever "substantial burden" upon me and other "muslim" offenders by forcing/coercing/ordering the "muslim" to co completly shave his beard at "any" time.

And the issue of being granted thr "RIGHT" to wear my kufi "at all times and at all places through out TDCJ-ID was not address at all.

I-128 Front (Revised 11-2010)     YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM     (OVER)

Appendix G

Offender Signature: Morgan, Edward James    Date: 4-22/2017

Grievance Response:

A review of your Step 1 grievance was conducted and no errors or policy violations have been noted regarding the policy requirements for Religious beards. No further action is warranted

Signature Authority: C McKellen ARD C McKellan    Date: 11 May 17

Returned because:    *Resubmit this form when corrections are made.

☐ 1. Grievable time period has expired.
☐ 2. Illegible/Incomprehensible.*
☐ 3. Originals not submitted. *
☐ 4. Inappropriate/Excessive attachments.*
☐ 5. Malicious use of vulgar, indecent, or physically threatening language.
☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**
Initial Submission    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

2nd Submission    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

3rd Submission    CGO Initials: _____
Date UGI Recd: _____
Date CGO Recd: _____
(check one) ___Screened ___Improperly Submitted
Comments: _____
Date Returned to Offender: _____

I-128 Back (Revised 11-2010)    Appendix G

