IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| EDWARD JAMES MORGAN, #1349512 | § | |
| VS. | § | CIVIL ACTION NO. 6:17cv449 |
| LORIE DAVIS | § | |

FINAL JUDGMENT

The court having considered Plaintiff's case and rendered its decision by opinion issued this same date, it is hereby **ORDERED** that Plaintiff take nothing by his lawsuit and the case is **DISMISSED** with prejudice.

**So Ordered and Signed**
**Feb 8, 2018**

_____
Ron Clark, United States District Judge